BRANDON C. FERNALD
Brandon.Fernald@fernaldlawgroup.com
FERNALD LAW GROUP
510 W 6th Street, Suote 700
Los Angeles, California 90014
Telephone: (323) 410-0320
Facsimile:  (323) 410-0330

LOUIS M. HEIDELBERGER (For Admission Pro Hac Vice)
Louis.heidelberger@gmail.com
THE LAW OFFICES OF LOUIS M. HEIDELBERGER, ESQ. LLC.
1229 Laurel Oak Lane
York, Pennsylvania 17403
Tel: (215)-284-8910 Fax (267)-388-3996

Attorneys for Plaintiff
TECHNICAL LED INTELLECTUAL PROPERTY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNICAL LED INTELLECTUAL PROPERTY, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>       v.<br><br>TP-Link North America Inc., a California corporation, and<br><br>TP-Link USA Corporation., a California corporation<br><br>            Defendants. | Case No.<br><br>**COMPLAINT FOR PATENT INFRINGEMENT (U.S. PATENT NO. RE41,685)**<br><br>**DEMAND FOR JURY TRIAL** |

This is an action for patent infringement in which Technical LED Intellectual Property, LLC ("Technical LED" or "Plaintiff") makes the following allegations against TP-Link North America, Inc. ("TP-Link Inc." or "Defendant") and TP-Link USA Corporation ("TP-Link USA" or Defendant); the two defendants may be collectively referred to as "Defendants." Headings are interposed for convenience; all allegations are deemed incorporated into each ground of this complaint as though separately re-alleged and are based upon investigation made by Plaintiff's attorney and on information and belief as follows:

## PARTIES

1. Plaintiff Technical LED is a Delaware limited liability company, with its principal place of business located at 251 Little Falls Dr., Wilmington, DE 19808.

2. Defendant TP-Link Inc. is a California Corporation and has a principal place of business at 145 South State College Blvd., Suite 400, Brea, CA 92821. TP-Link Inc. imports and sells network products under the KASA brand, including LED lighting products.

3. Defendant TP-Link USA, is a California Corporation and has a principal place of business at 145 South State College Blvd., Suite 400, Brea, CA 92821. TP-Link USA, sells network products under the KASA brand, including LED lighting products

## JURISDICTION AND VENUE

4. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Venue is proper in this district under 28 U.S.C. §§ 1391(c) and 1400(b). Defendants TP-Link Inc and TP-Link USA, both, reside in California and have

transacted business in this district, and have committed and/or induced acts of patent infringement in this district.

6. Defendants are subject to this Court's specific and general personal jurisdiction pursuant to due process and/or California's Long Arm Statue, due at least to their substantial business in this forum, including: (i) at least a portion of the infringements alleged herein; (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in California and in this Judicial District; and having a regular and established place of business in this Judicial District.

## COUNT I

Infringement of U.S. Patent No. RE41,685

6. Plaintiff is the owner by assignment of United States Patent No. RE41,685 ("the '685 Patent") titled "Light Source with Non-White and Phosphor-Based White LED Devices and LCD Assembly." The '685 Patent reissued on September 14, 2010. A true and correct copy of the '685 Patent is attached as Exhibit A.

7. Defendants and each of them, directly or through intermediaries have been and are now infringing the '685 Patent in the State of California, in this judicial district, and elsewhere in the United States, by, making, using, providing, supplying, distributing, selling, and/or offering for sale products (including at least the website at www.kasasmart.com) further including its smart wifi enabled color changing lights and similar type assemblies, comprising a light source that infringes one or more claims of the '685 Patent and particularly, e.g., claims 10 through 14 of the '685 Patent. The '685 Patent reads on Defendants wifi enabled smart lights as set forth in the exemplary claims chart attached as Exhibit B.

8. In view of the foregoing, Defendants, and each of them, have been and are continuing to directly infringe, literally infringe, and/or infringe the '685 Patent under the doctrine of equivalents. Defendants and each of them, are thus liable for infringement of the '685 Patent pursuant to 35 U.S.C. § 271.

9. As a result of Defendants, and each of their infringement of the '685 Patent, Plaintiff has suffered monetary damages and is entitled to a money judgment in an amount adequate to compensate for Defendants and each of its infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendants and each of them, together with interest and costs as fixed by the court, and Plaintiff will continue to suffer damages in the future unless Defendants and each of their infringing activities are enjoined by this Court. Unless a permanent injunction is issued enjoining Defendants and each of their agents, servants, employees, representatives, affiliates, and all others acting on in active concert therewith from infringing the '685 Patent, Plaintiff will be greatly and irreparably harmed.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter:

1. A judgment in favor of Plaintiff that Defendants and each of them has infringed and is infringing the '685 Patent;

2. A permanent injunction enjoining Defendants and each of their officers, directors, agents servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert therewith from infringement, inducing the infringement of, or contributing to the infringement of '685 Patent, or such other equitable relief the Court determines is just and proper;

3. A judgment and order requiring Defendants and each of them pay to Plaintiff its damages, attorneys fees, costs, expenses, and prejudgment and post-judgment interest for Defendant's infringement and willful infringement of the '685 Patent as provided under 35 U.S.C. § 284, and an accounting of ongoing post-judgment infringement; and

4. Any and all other relief, at law or equity, to which Plaintiff may show itself to be entitled.

DATED May 30, 2019.   Respectfully submitted,
*/s/ Brandon C. Fernald*
Brandon C. Fernald
Attorneys for Plaintiff
Technical LED Intellectual Property, LLC

- 4 -

COMPLAINT FOR PATENT INFRINGEMENT

## **DEMAND FOR JURY TRIAL**

Technical LED, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

DATED May 30, 2019.

Respectfully submitted,
*/s/ Brandon C. Fernald*
Brandon C. Fernald
Attorneys for Plaintiff
Technical LED Intellectual Property, LLC

- 5 -